**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ARNOLDO OZUNA GALAN,**     **PETITIONER**
Reg #60373-080

v.     **CASE NO. 2:11CV00188 BSM/JTR**

**T.C. OUTLAW, Warden,**     **RESPONDENT**
**FCC Forest City**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Petitioner's petition for habeas corpus under 28 U.S.C. § 2241 [Doc. No. 1] is DENIED and this case is DISMISSED WITH PREJUDICE.

Dated this 5th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE