IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ARNOLDO OZUNA GALAN,**                                                    **PETITIONER**
Reg #60373-080

v.                    CASE NO. 2:11CV00188 BSM/JTR

**T.C. OUTLAW, Warden,**                                                     **RESPONDENT**
FCC Forest City

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 5th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE